# Montgomery *et al. v.* Commissioners of the Sinking Fund.

The commissioners of the sinking fund have a right to loan the same at interest, and to sue for and collect it.  ·

The plaintiff may discontinue against one maker of a joint and several note, and proceed against the others to judgment.

IN ERROR from the circuit court of the county of Adams.

*Per Curiam.*

The principles involved in these cases are the same, and are such as have been settled by decisions of this court, viz.

First. That the commissioners of the sinking fund of the Planters' Bank have the right to lend, and to sue for and recover the money so loaned.   Com. of Sinking Fund *v.* R. J. Walker *et al.* 6 How. 143.

Second. That a plaintiff may discontinue his action as to one of several joint and several defendants, and proceed against the others to judgment.   5 How. 196; 1 How. 477; 2 How. 870; 4 How. 377; 5 John. R. 160; 1 Pick. 500; 1 Saund. Rep. 207, n. 2; 1 Pet. Rep. 74, 75, 86.

Judgments affirmed.